UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEON GARNES, | : | |
| | : | Civil Action No. 10-551 (SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**NOTICE AND ORDER**

You have filed a *pro se* pleading challenging your federal conviction and incarceration. The Third Circuit Court of Appeals has decided the case of United States v. Miller, 197 F.3d 644 (3d Cir. 1999). Pursuant to that decision, this is to advise you as follows:

1. You may have your pleading ruled upon as filed; if you do, however, you will lose your ability to file a second or successive pleading absent Certification by the Court of Appeals; or

2. You may withdraw your pleading and file an all inclusive § 2255 Petition subject to the one (1) year period described by the Antiterrorism Effective Death Penalty Act [AEDPA] in 28 U.S.C. § 2255.

You have forty-five (45) days from today's date within which to advise the Court as to your decision. If you fail to notify the Court, your pleading and motion will be ruled upon as filed.

**SO ORDERED**, this 16th day of February, 2010.

  s/Stanley R. Chesler
  STANLEY R. CHESLER
  United States District Judge